UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SOLARGENIX ENERGY, LLC, a North Carolina Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACCIONA SOLAR ENERGY LLC, a Delaware Limited Liability Company, )<br>)<br>Defendant. ) | Civil Action No. 1:10-cv-738 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Solargenix Energy, LLC (hereinafter "SGX"), by its attorneys Liddle and Robinson, L.L.P. and Carruthers and Roth, P.A. and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby give notice of the dismissal, without prejudice, of their claims herein.

Respectfully submitted, this the 4th day of October, 2010.

By: /s/ James R. Hubbard
James R. Hubbard
N.C. State Bar No. 13196
LIDDLE & ROBINSON, LLP
800 Third Avenue
New York, NY 10022
Tel. (212) 687-8500
Fax (212) 687-1500
jhubbard@liddlerobinson.com

/s/ Michael J. Allen
Michael J. Allen
N.C. State Bar No. 18030
mja@crlaw.com

/s/ Craig A. Taylor

1

Craig A. Taylor
N.C. State Bar No. 28117
cat@crlaw.com

<u>/s/ Robert N. Young</u>
Robert N. Young
N.C. State Bar No. 35679
rny@crlaw.com
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540 (27402)
Greensboro, NC 27401
Tel. (336) 379-8651
Fax. (336) 478-1175

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice of Voluntary Dismissal was filed via the Court's ECF System and that a copy was served by mailing a copy thereof by first-class, postage-prepaid mail to the following address:

        Michael R. Feagley, Esq.
        Mayer Brown, LLP
        71 South Wacker Drive
        Chicago, Il 60606-4637

        J. Donald Cowan, Jr., Esq.
        Dixie T. Wells, Esq.
        Ellis & Winters, LLP
        333 North Greene Street, Suite 200
        Greensboro, NC 27401

   This the 4th day of October, 2010.

        /s/ James R. Hubbard
        James R. Hubbard
        N.C. State Bar No. 13196
        LIDDLE & ROBINSON, LLP
        800 Third Avenue
        New York, NY 10022
        Tel. (212) 687-8500
        Fax (212) 687-1500
        jhubbard@liddlerobinson.com

        /s/ Michael J. Allen
        Michael J. Allen
        N.C. State Bar No. 18030
        mja@crlaw.com

        /s/ Craig A. Taylor
        Craig A. Taylor
        N.C. State Bar No. 28117
        cat@crlaw.com

        /s/ Robert N. Young
        Robert N. Young
        N.C. State Bar No. 35679
        rny@crlaw.com